# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Robert Adell Brown, | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Plaintiff, | ) | **APPEAR PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Flying J, Inc., | ) | |
| | ) | Case No. 1:08-cv-059 |
| Defendant. | ) | |

_____

Before the court is the Defendant's Motion for attorney Joseph R. Hugg to Appear Pro Hac Vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Hugg has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr. Hugg has also paid the required admission fee to the office of the clerk. Accordingly, the Defendant's motion (Docket No. 7) is **GRANTED.** Mr. Hugg is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 15th day of July, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court