**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Robert Adell Brown, ) | |
| ) | **ORDER RE STATUS CONFERENCE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Flying J Incorporated, ) | |
| ) | Case No.  1:08-cv-059 |
| Defendant. ) | |

_____

The court shall conduct a status conference with the parties on December 12, 2008, at 10:00 a.m. CST.  The conference shall be conducted via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2008.


*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court