**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Robert Adell Brown, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cv-059 |
| Flying J Incorporated, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Defendant's motion for attorney Robert B. Worley, Jr. to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Worley has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 14) is **GRANTED**. Attorney Robert B. Worley, Jr. Is admitted to practice before this court in this matter on Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge