**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Robert Adell Brown, | ) | |
| | ) | **ORDER RESCHEDULING** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Flying J Incorporated, | ) | |
| | ) | Case No. 1:08-cv-059 |
| Defendant. | ) | |

_____

The court had scheduled a telephone status conference for December 12, 2008, at 10:00 a.m. The conference shall be rescheduled for January 12, 2009, at 10:00 a.m. The conference will be initiated by the court. Prior to the conference Plaintiff is to provide the court with a current telephone number at which he many be reached.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge