# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Robert Adell Brown, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Flying J, Inc., | ) | |
| | ) | Case No.  1:08-cv-059 |
| Defendant. | ) | |

Before the court is the Defendant's motion for attorney Celeste C. Laborde to appear *pro hac vice* on her behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Ms. Laborde has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  She has also paid the required admission fees to the office of the Clerk.  Accordingly, the Defendant's motion (Docket No. 36) is **GRANTED**.  Attorney Celeste C. Laborde is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge